IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jones, Albert A

Printed: 02/24/09

Case Number:  06 B 08757
Judge:  Wedoff, Eugene R
Filed:  7/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: January 15, 2009
Confirmed: September 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,620.00 |  |
| Secured: |  | 1,082.48 |
| Unsecured: |  | 4,569.97 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,313.50 |
| Trustee Fee: |  | 504.76 |
| Other Funds: |  | 149.29 |
| Totals: | 9,620.00 | 9,620.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 275.00 | 275.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,818.50 | 2,818.50 |
| 3. | Robert J Semrad & Associates | Administrative | 220.00 | 220.00 |
| 4. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 1,100.00 | 20.00 |
| 6. | Illinois Title Loans | Secured | 1,062.48 | 1,062.48 |
| 7. | Citi Residential Lending Inc | Secured | 15,158.00 | 0.00 |
| 8. | Chicago Municipal Employees CU | Unsecured | 749.09 | 749.09 |
| 9. | Cook County Treasurer | Unsecured | 980.83 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 2,108.09 | 2,108.09 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 1,712.40 | 1,712.40 |
| 12. | Illinois Title Loans | Unsecured | 0.39 | 0.39 |
| 13. | CDA Services Inc | Unsecured |  | No Claim Filed |
| 14. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 15. | Check N Go | Unsecured |  | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 17. | Heller & Frisone Ltd | Unsecured |  | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 19. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 20. | Chicago Lakeshore Hospital | Unsecured |  | No Claim Filed |
| 21. | Riscuity | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,184.78 | $ 8,965.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Jones, Albert A | Case Number: 06 B 08757 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 02/24/09 | Filed: 7/21/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 164.80 |
| 5.4% | 258.47 |
| 6.5% | 71.51 |
| 6.6% | 9.98 |
|  | $ 504.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

